*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-895**

IN RE:  RUNAN ZHANG,
                                        Respondent.
**Bar Registration No. 465022**                    **BDN: 222-14**

BEFORE:    Glickman, Associate Judge, and Nebeker and Ruiz, Senior Judges.

**ORDER**
(FILED - December 11, 2014)

On consideration of the certified order disbarring respondent from the practice of law in the state of Maryland, this court's August 27, 2014, order directing respondent to show cause why reciprocal discipline should not be imposed, the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent filed her affidavit as required by D.C. Bar R. XI, §14 (g) on October 15, 2014, and it further appearing that respondent filed a brief, construed as a response to the court's order, and a motion for leave to file an amended brief, construed as an amended response, and it further appearing that respondent does not rely on the established bases for challenging reciprocal discipline, see D.C. Bar R. XI § 11 (c), but is attempting to re-litigate the discipline imposed by the state of Maryland and that this is improper in a reciprocal disciplinary proceedings, see *In re Zdravkovich*, 831 A.2d 964, 969  (D.C. 2003) ("Put simply, reciprocal discipline proceedings are not a forum to reargue the foreign discipline"), it is

ORDERED that the motion for leave to file the lodged corrected response is granted and the Clerk shall file the lodged corrected response.  It is

FURTHER ORDERED that Runan Zhang is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to October 15, 2014.

PER CURIAM